UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BLESSINGS WOMAN'S CARE
AND MEDICAL SPA,**

**Plaintiff,**

**v.**                                          **Case No. 6:21-cv-255-CEM-GJK**

**CYNOSURE, LLC.,**

**Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. 16), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record